# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MEHRDAD FOTOOHIGHIAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:24-cv-04213-SRB |
| ) | |
| THE CURATORS OF THE ) | |
| UNIVERSITY OF MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 2, 2025, the Court granted Matthew Allen Perry's Motion to Withdraw as Attorney for Plaintiff Mehrdad Fotoohighiam. (Doc. #24.) Mr. Perry sought withdrawal because the Supreme Court of Missouri entered against him an Order of Interim Suspension. (*See* Doc. #23.) This Court therefore ordered that:

> [B]y no later than **June 2, 2025**, Plaintiff shall either: (1) have substitute counsel enter his or her appearance; **or** (2) declare his intent to proceed pro se (that is, proceed with this case on his own, without legal counsel) and provide the Court with his contact information (that is, his email address and mailing address).

(Doc. #24 (emphasis in original).) Mr. Perry was also directed to provide Plaintiff with a copy of the Court's Order. (*Id.*)

As of June 9, 2025, no substitute counsel has entered his or her appearance for Plaintiff and Plaintiff has not declared his intent to proceed *pro se*.

Accordingly, it is ORDERED that (1) Mr. Perry shall, by no later than June 17, 2025, advise the Court, via email to the Courtroom Deputy, of his efforts to inform his former client (i.e., Plaintiff) of both this Order and the Court's Order dated May 2, 2025; and (2) the parties shall confer and file with the Court a status report by no later than July 3, 2025.

The Clerk of Court is directed to (1) mail a copy of this Order to Plaintiff's last known address and (2) email and mail a copy of this Order to Mr. Perry.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Dated: June 10, 2025.